

ASK LLP — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Perrysburg Enterprises, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112478 | $72,945.76 | 3/8/2023 | 01226-986107 | 3/1/2023 | $60,950.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112478 | $72,945.76 | 3/8/2023 | 01226-986106 | 3/1/2023 | $11,995.48 |
| **Totals:** | **1 transfer(s),** | **$72,945.76** | | | | | |